JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK PIÑA, | Case No. 2:25-cv-08920-MCS-SK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's Order Granting Motion to Dismiss and Denying All Other Pending Motions, Applications, and Requests, it is ordered, adjudged, and decreed that judgment is entered in favor of State Farm Mutual Automobile Insurance Company and against Plaintiff Frederick Piña. This case is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: November 24, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

1